IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ABRAHAM HAMID, | ) | Case No. 1:05-CV-1970 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **S**UPPLEMENTARY **S**TIPULATION FOR |
| | ) | **C**OMPLETE **D**ISMISSAL WITH **P**REJUDICE |
| TRUE VALUE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), we, the attorneys for and on behalf of the Plaintiff and Defendant True Value Company, hereby stipulate that all claims and causes of action in this case are hereby dismissed with prejudice at Plaintiff's costs. This stipulation supplements the previously filed Stipulation for Partial Dismissal with Prejudice filed by the parties on July 25, 2006 and executed by the Court on August 5, 2006 (Document 20). It is the intent of this dismissal to terminate this action with a complete dismissal with prejudice of all of Plaintiff's claims, at Plaintiff's costs.

APPROVED:

/s/ *Michael C. DeJohn*
Michael C. DeJohn, Esq. (0077227)
Toohig Law Offices
The Lorenzo Carter Building
1360 West Ninth Street, Suite 310
Cleveland, Ohio 44113
Phone: (216) 861-6282
Fax: (216) 502-1027
Michael@toohiglaw.com

Attorney for the Plaintiff
Abraham Hamid

APPROVED:

/s/ *Mark V. Webber*
Mark V. Webber, Esq. (0007544)
Barry Y. Freeman (0062040)
Duvin, Cahn & Hutton
Erieview Tower, 20th Floor
1301 East Ninth Street
Cleveland, Ohio 44114
Phone: (216) 696-7600
Fax: (216) 696-2038
mwebber@duvin.com
bfreeman@duvin.com

Attorneys for the Defendant
True Value Company

                         IT IS SO ORDERED.
                         /s/SOLOMON OLIVER, JR.
                         _____
                         Solomon Oliver, Jr.
                         U. S. District Court Judge

## CERTIFICATE OF SERVICE

A true copy of the foregoing *Supplementary Stipulation for Complete Dismissal with Prejudice* was filed with the Court electronically this 21st day of September, 2006. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ *Mark V. Webber*
                                              Mark V. Webber
                                              Attorney for the Defendant
                                              True Value Company

317711/5390.0405